UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ORIYOMI ALOBA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00252-LSC-SGC |
| BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 13, 2023, recommending the dismissal of this action without prejudice under the so-called "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 2). Following receipt of a notice of change of address, the Clerk of Court sent a copy of the report and recommendation to the plaintiff's new address on April 21, 2023. (Doc. 4). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections. The time to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, all claims presented in this matter are due to be dismissed without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g).

A final judgment will be entered.

**DONE** and **ORDERED** on May 17, 2023.

_____
L. Scott Coogler
United States District Judge

160704